IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-313-JLK**

**BENJAMIN E. ADAMS**,

     Plaintiff,

v.

**WESTERN ROOFING, INC., a Colorado corporation**,

     Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

     Defendant Western Roofing, Inc.'s Unopposed Motion for Leave to File Amended Answer (doc. #22), filed October 26, 2007, is GRANTED. Western Roofing Inc.'s proposed Amended Answer to the Amended Complaint attached as Exhibit A to the Motion is deemed filed as of the date of this Order.

---

Dated:  October 30, 2007