IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-313-JLK**

**BENJAMIN E. ADAMS**,

    Plaintiff,

v.

**WESTERN ROOFING, INC., a Colorado corporation**,

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulated Motion for Dismissal with Prejudice (doc. #27), filed January 7, 2008, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED**, the parties to bear their own costs and attorney fees.

Dated this 7th day of January, 2008.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT